# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CR 481
UNITED STATES OF AMERICA

-v-

JEFFREY TROCHOWSKI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEFFREY TROCHOWSKI

| | |
|---|---|
| NAME (Type or print) <br> JOHN SHEA COGHLAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John Shea Coghlan | |
| FIRM <br> ACKMAN MAREK MEYER & BOYD, LTD. | |
| STREET ADDRESS <br> ONE DEARBORN SQUARE-SUITE 400 | |
| CITY/STATE/ZIP <br> KANKAKEE, IL 60901 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3126972 | TELEPHONE NUMBER <br> 815-933-6681 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |