UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| -vs- | ) | Case No. 08 CR 481 |
| | ) | |
| JEFFREY TROCHOWSKI, | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO LEAVE THE JURISDICTION

Now comes the Defendant, JEFFREY TROCHOWSKI, by and through his attorney, JOHN SHEA COGHLAN, and for his Motion for Permission to Leave the Jurisdiction, states as follows:

1. That Defendant is currently free on bond in this matter;

2. That Defendant requests permission to leave the jurisdiction to travel to the State of Wisconsin to attend his brother's wedding and to vacation with his wife and minor children;

3. That Defendant would leave the jurisdiction on August 2, 2008, and return on or before August 12, 2008; and

4. That the Office of the United States Attorney and pretrial officer have no objection to this Motion.

Wherefore, the Defendant prays that this Honorable Court grant him permission to leave the jurisdiction of this Court as set forth above.

    Respectfully submitted,
    JEFFERY TROCHOWSKI, Respondent
    /s/ John Shea Coghlan
    John Shea Coghlan, Attorney for Respondent
    Ackman, Marek, Meyer & Boyd, Ltd.
    One Dearborn Square – Suite 400
    Kankakee, IL   60901
    Telephone:  815.933.6681; Facsimile: 815.933.6623