UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>)<br>)<br>-vs-                                          )<br>)<br>JEFFREY TROCHOWSKI,                  )<br>)<br>            Defendant.           ) | Case No. 08 CR 481 |

NOTICE OF MOTION FOR PERMISSION TO
LEAVE THE JURISDICTION

To:   A.U.S.A., Margaret Hickey
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Milton I. Shadur on August 1, 2008, at 9:15 a.m., in Room 2303 of the United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion for Permission to Leave the Jursidiction.

/s/ John Shea Coghlan_____
John Shea Coghlan
Attorney for Respondent
Ackman, Marek, Meyer & Boyd, Ltd.
One Dearborn Square – Suite 400
Kankakee, IL   60901
Telephone:  815.933.6681
Facsimile:  815.933.6623

CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, certifies that a copy of the above and foregoing Notice of Motion was served this 29th day of July, 2008, by electronic filing, pursuant to Rule XI of this Court's General Order on Case Filing.

/s/ John Shea Coghlan_____