# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Jeff Trochowski, et al.

                    Defendant.

Case No.: 1:08−cr−00481

Honorable Milton I. Shadur


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry as to Trochowski and Sarwa before the Honorable Milton I. Shadur:Status hearing held on 8/13/2008, ( Change of Plea Hearing set for 10/2/2008 at01:15 PM.) Time is excluded from today through October 2, 2008. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.